```
Floyd W. Bybee, #012651
FLOYD W. BYBEE, PLLC
2473 S. Higley Road
Suite 104, #308
Gilbert, Arizona 85297
Office: (480) 756-8822
Fax: (480) 756-8882
floyd@bybeelaw.com

Attorney for Plaintiff
```

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| **Ira I. Hall,**<br><br>    Plaintiff,<br><br>v.<br><br>**Global Acceptance Credit Corporation,**<br><br>    Defendant. | No. CV 2006-2465-PHX-PGR<br><br>**NOTICE AND REQUEST FOR ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff hereby gives notice of the dismissal of this action with prejudice, and requests that the Court enter an order dismissing this action with prejudice, each party to bear its own attorney's fees and costs.

DATED    December 11, 2006   .

                                         s/ Floyd W. Bybee
                                    Floyd W. Bybee, #012651
                                    **FLOYD W. BYBEE, PLLC**
                                    2473 S. Higley Road
                                    Suite 104, #308
                                    Gilbert, Arizona 85297

                                    Attorney for Plaintiff